UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

D.E. SHAW LAMINAR  
PORTFOLIOS, LLC, et al.,

    Plaintiffs,

v.

ARCHON CORP.,

    Defendant.

2:07-CV-01146-PMP-LRL

O R D E R

The Court having read and considered Defendant Archon Corporation's Motion to Stay Execution of Judgment Pending Appeal (Doc. #159) filed February 14, 2011, Defendant's Supplement thereto (Doc. #168) filed February 25, 2011, Plaintiff's Response (Doc. #175) filed March 10, 2011 and Defendant's Reply (Doc. #177) filed March 21, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant Archon Corporation's Motion to Stay Execution of Judgment Pending Appeal (Doc. #159) is **GRANTED**.

DATED: March 22, 2011.

_____  
PHILIP M. PRO  
United States District Judge