UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| D.E. SHAW LAMINAR PORTFOLIOS, LLC, et al., | )<br>)<br>) |
| Plaintiffs, | )  2:07-cv-01146-PMP-LRL |
| v. | ) |
| ARCHON CORP., | )  <u>ORDER</u> |
| Defendant. | ) |

IT IS ORDERED that Defendant Archon Corporation shall have ten (10) days from the date of this Order to file a response to Plaintiffs' Expedited Motion to Lift Stay of Execution, for Writ of Execution, and for Related Relief (Docs. #188, #189). Plaintiffs' reply shall be filed three (3) days after the filing of the response.

IT IS FURTHER ORDERED that the original Letter of Credit (Doc. #179) shall remain on deposit with the Clerk of Court until further order of the Court.

IT IS FURTHER ORDERED that Plaintiffs shall file a proposed Writ of Execution using the official form available on the Court's website within ten (10) days from the date of this Order.

DATED: October 16, 2012

_____
PHILIP M. PRO
United States District Judge